FILED

03 NOV 14 P 1:07

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MOSHE GAI | : CIVIL ACTION NO. 3:02CV25 (AVC) |
| Plaintiff | : |
| V. | : |
| PHILIP E. AUSTIN, JOHN D. PETERSEN AND ROSS MACKINNON | : NOVEMBER 14, 2003 |
| Defendants | : |

### APPEARANCE

CLERK:

Enter my appearance as attorney for the undersigned defendants in the above-entitled case.

Dated at Hartford, Connecticut, this 14th day of November 2003.

THE DEFENDANTS
PHILIP E. AUSTIN
JOHN D. PETERSEN
ROSS D. MACKINNON

By  *Robert M. Barrack*
Robert M. Barrack
Fed. Bar No. ct08422
HALLORAN & SAGE LLP
Their Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

06314.0004
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 14th day of November 2003, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Paul McCarthy, Esq.
Office of the Attorney General
University of Connecticut
605 Gilbert Road, U-177
Storrs, CT 06269-1177

_____
Robert M. Barrack

480880_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105