FILED

2003 NOV 14 P 1:07

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MOSHE GAI | CIVIL ACTION NO. 3:02CV25 (AVC) |
| Plaintiff | |
| V. | |
| PHILIP E. AUSTIN, JOHN D. PETERSEN AND ROSS MACKINNON | NOVEMBER 14, 2003 |
| Defendants | |

## MOTION FOR EXTENSION OF TIME NUNC PRO TUNC TO ANSWER PLAINTIFF'S COMPLAINT

The defendants respectfully move this Court for a sixty (60) day extension of time, up to and including January 13, 2004, to file an Answer and Affirmative Defenses to the plaintiff's Complaint. The plaintiff is requesting the additional time because the parties are currently engaging in negotiations in an attempt to achieve a global settlement of all of the disputes between the parties, including the present matter.

On or about September 5, 2003, this Court issued an Order of Referral to Magistrate Judge Thomas P. Smith for a settlement conference in the related matter entitled Gai v. MacKinnon, 3:03CV01256 (AVC). That settlement conference contemplated a global settlement of all the disputes between the parties, which are currently pending in federal and state courts and before various administrative tribunals, including

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

06314.0004
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

the present matter. In connection with these settlement discussions, the defendants presented the plaintiff with a settlement proposal, which was rejected by the plaintiff. However, the plaintiff recently submitted a counterproposal to the defendants, which the defendants are currently reviewing. Given that the parties are still attempting to settle their disputes, both parties believe that it is in their best interests to focus counsel's attention to settlement negotiations rather than further drafting and submission of pleadings.

Defendants' counsel has consulted with plaintiff's counsel, John Williams, who agrees to the plaintiff's Motion for Extension of Time.

Although the defendants have twice previously moved for an extension of time to respond to plaintiff's Application for Preliminary Injunction and to file their Motion to Dismiss, this is the first request by the defendants for an extension of time in which to file an Answer to the plaintiff's Complaint.

THE DEFENDANTS
PHILIP E. AUSTIN
JOHN D. PETERSEN
ROSS D. MACKINNON

By *Robert M. Barrack*
Robert M. Barrack
Fed. Bar No. ct08422
HALLORAN & SAGE LLP
Their Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 14th day of November 2003, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Paul McCarthy, Esq.
Office of the Attorney General
University of Connecticut
605 Gilbert Road, U-177
Storrs, CT 06269-1177

*Robert M. Barrack*
Robert M. Barrack

480880_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105