02cv25 mtnxtnd

#36

NV 14 P 1: 07

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MOSHE GAI | : | CIVIL ACTION NO. 3:02CV25 (AVC) |
| Plaintiff | : | |
| V. | : | |
| PHILIP E. AUSTIN, JOHN D. PETERSEN AND ROSS MACKINNON | : | NOVEMBER 14, 2003 |
| Defendants | : | |

MOTION FOR EXTENSION OF TIME NUNC PRO TUNC
TO ANSWER PLAINTIFF'S COMPLAINT

The defendants respectfully move this Court for a sixty (60) day extension of time, up to and including January 13, 2004, to file an Answer and Affirmative Defenses to the plaintiff's Complaint. The plaintiff is requesting the additional time because the parties are currently engaging in negotiations in an attempt to achieve a global settlement of all of the disputes between the parties, including the present matter.

On or about September 5, 2003, this Court issued an Order of Referral to Magistrate Judge Thomas P. Smith for a settlement conference in the related matter entitled Gai v. MacKinnon, 3:03CV01256 (AVC). That settlement conference contemplated a global settlement of all the disputes between the parties, which are currently pending in federal and state courts and before various administrative tribunals, including

GRANTED.
Alfred V. Covello, U.S.D.J

November 17, 2003.
SO ORDERED

06314.0004

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105