FILED
2004 APR 14 A 11: 13
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MOSHE GAI | CIVIL ACTION NO. 3:02CV00025 (AVC) |
| Plaintiff | |
| V. | |
| PHILIP E. AUSTIN, JOHN D. PETERSEN AND ROSS MACKINNON | MARCH 26, 2004 |
| Defendants | |

## STIPULATION OF DISMISSAL

The parties in the above-referenced action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), request that the Court dismiss the action with prejudice and without costs to any party.

THE PLAINTIFF
MOSHE GAI

By _/s/ John R. Williams_
John R. Williams
Fed. Bar No. ct00215
WILLIAMS AND PATTIS, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931

THE DEFENDANTS
PHILIP E. AUSTIN
JOHN D. PETERSEN
ROSS D. MACKINNON

By _/s/ Robert M. Barrack_
James M. Sconzo
Fed. Bar No. ct04571
Robert M. Barrack
Fed. Bar No. ct08422
HALLORAN & SAGE, LLP
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
- and -
Paul McCarthy, Esq.
Office of the Attorney General
University of Connecticut
605 Gilbert Road, U-177
Storrs, CT 06269-1177
(860) 486-4241

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

06314.0004
**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

SO ORDERED:

_____
United States District Judge

520922_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105