UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MOSHE GAI

V.                              Case Number: 3:02 CV 25(AVC)

AUSTIN, ET AL

**ORDER**

**Stipulation for Dismissal of Case** Doc. # **38** - **ORDERED ACCORDINGLY**

Dated at Hartford, Connecticut, April 15, 2004.

KEVIN F. ROWE, CLERK

By: _____
    FIDELIS BASILE
    Deputy Clerk